IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELIZABETH MARSH                                                    Plaintiff

v.                              3:04CV00323 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                           Defendant

<u>ORDER</u>

Defendant filed an unopposed motion to remand in order to locate the missing cassette recording of the administrative hearing. (Docket #7)  Defendant obviously found the missing recording, because an answer and transcript have been filed.  (Docket #8)

Therefore, Defendant's motion to remand (docket #7) is moot. The motion is denied.

IT IS SO ORDERED.

DATED this 26th day of September, 2005.

                                                  <u>  /s/ John F. Forster, Jr.</u>
                                               UNITED STATES MAGISTRATE JUDGE