**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ELIZABETH MARSH                                                                         PLAINTIFF

V.                                       NO. 3:04CV00382-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 21st day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE